UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA HANNAH,

    Plaintiff,

v.                                                  Case No. 8:19-cv-596-T-60SPF

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon Plaintiff's Motion to Compel and/or Rule to Show Cause as to Non-Party, Carolyn Rubin, Who Failed to Appear for Deposition (Doc. 244). The Court held a hearing on the motion on June 24, 2020. Upon consideration and for the reasons stated at the hearing, it is hereby **ORDERED**:

(1) Plaintiff's Motion to Compel and/or Rule to Show Cause as to Non-Party, Carolyn Rubin, Who Failed to Appear for Deposition (Doc. 244) is **GRANTED**. Ms. Rubin is ordered by this Court to comply with the subpoena to testify at a deposition in a civil case with which she will be served as described in paragraph (2) below.

(2) Plaintiff shall reschedule Ms. Rubin's deposition within 20 days of the date of this Order. The subpoena to testify at a deposition in a civil case, the notice of deposition, and a copy of this Order shall be served on Ms. Rubin and all counsel of record. Plaintiff shall file a notice of service on Ms. Rubin with the Court.

**ORDERED** in Tampa, Florida, June 24, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE