UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA HANNAH,

    Plaintiff,

v.                                               Case No. 8:19-cv-596-T-60SPF

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon Plaintiff's Motion to Compel Armor to Produce Responsive Emails (Doc. 239). Defendant Armor filed a Response thereto (Doc. 248). The Court held a hearing on the motion on July 14, 2020. Upon consideration and for the reasons stated at the hearing, it is hereby **ORDERED**:

Plaintiff's Motion to Compel Armor to Produce Responsive Emails (Doc. 239) is **GRANTED**. Defendant Armor shall produce responsive emails, within the parameters discussed at the hearing, within 14 days of the date of this Order. Likewise, Defendant Armor shall produce a privilege log, as needed, within 14 days of the date of this Order.

**ORDERED** in Tampa, Florida, July 14, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE