UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA HANNAH,

    Plaintiff,

v.                                                                                                                     Case No. 8:19-cv-596-T-60SPF

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., et al.,

    Defendants.
_____/

**ORDER**

      This cause comes before the Court upon defendants Armor Correctional Health Services, Inc., Polanco, Montayre, and Ogline's (collectively, "Defendants") Motion to Re-Docket *Daubert* Motions as to Barlotta [DE 260], Lichtblau [DE 261] and Suite [DE 262] (Doc. 444). Plaintiff filed a Response in Opposition (Doc. 445). Because the *Daubert* motions that Defendants seek to reinstate are not, in fact, motions filed by the Defendants, but rather were filed by defendants Sheriff Rick Wells and Ronald Laughlin who are no longer parties to this case (collectively, "Sheriff Wells"), the motions are moot and will not be reinstated. By separate order, the Court will resolve Defendants' pending *Daubert* motion (Doc. 280), including whether Defendants adopted Sheriff Wells' arguments as to Barlotta, Lichtblau, and Suite.

      Accordingly, it is hereby **ORDERED** that Defendants' Motion to Re-Docket *Daubert* Motions as to Barlotta [DE 260], Lichtblau [DE 261] and Suite [DE 262] (Doc. 444) is **DENIED**.

      **ORDERED** in Tampa, Florida, January 28, 2021.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE