UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

19-CV-596-JSM

PATRICIA HANNAH, as plenary
legal guardian of Darryl Vaughn Hanna, Jr.,
an individual,

    Plaintiff,

v.

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et. al.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF CONDITIONAL SETTLEMENT**
**WITH THE ARMOR DEFENDANTS**

PLEASE TAKE NOTICE THAT the Plaintiff, PATRICIA HANNAH, as plenary legal guardian of DARRYL VAUGHN HANNA, JR., by and through undersigned counsel, hereby notifies this Court that she has agreed in principle to settle all remaining claims in this action against the remaining Defendants, ARMOR CORRECTIONAL HEALTH SERVICES, INC., LEILA POLANCO, BERNARD MONTAYRE, AND CARMA OGLINE.  This notice relates to a settlement that is conditioned, at least in part, on this Court approving the settlement between these parties pursuant to Florida Statute § 744.387(3).  The parties will work diligently to present this Court with the appropriate motions and documents for its review to further this resolution.

    Dated this 18 day of March 2021.

                                                      RESPECTFULLY SUBMITTED BY:

                                                      **FISCHER REDAVID PLLC**
                                                      4601 Sheridan Street
                                                      Suite 320
                                                      Hollywood, FL 33021
                                                      Telephone: (954) 860-8434

                        Facsimile: (954) 860-8584
                        Service@FRTrialLawyers.com

BY: */S/ JORDAN REDAVID, ESQ.*
      **JORDAN REDAVID, ESQ.**
      Florida Bar No. 109227
      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2021, the foregoing document was served on all counsel of record via electronic notification through the CM/ECF system or some other authorized form.

BY: */S/ JORDAN REDAVID, ESQ.*
      **JORDAN REDAVID, ESQ.**
      Florida Bar No. 109227